IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BENNY MATTHEW GOVER                                              PLAINTIFF

V.                              CASE NO. 5:15-CV-5086

OFFICER DAVID MELANCON and
OFFICER T.J. RENNIE                                              DEFENDANTS

## JUDGMENT

Pursuant to the verdict returned by the jury on March 13, 2017 (Doc. 108) and the Court's Order thereupon (Doc. 110), the Court hereby finds and directs that the Defendants, Officer David Melancon and Officer T.J. Rennie, are entitled to a judgment in their favor and a dismissal of Plaintiff's Complaint against them.

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, Officer David Melancon and Officer T.J. Rennie, and that Plaintiff's claims against them are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 14th day of March, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE